| Fill in this information to identify the case: |
| --- |
| Debtor 1    Deborah Jo Moroz |
| Debtor 2    Anthony Jerome Moroz <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: **WESTERN**    District of    **WASHINGTON** <br> (State) |
| Case number    19-41889-BDL |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of Creditor:** | Boeing Employees Credit Union | **Court claim no.** (if known): | 18 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX2621 | **Date of payment change:** <br> Must be at least 21 days after date of this notice | 07/01/2023 |
| | | **New total payment:** <br> Principal, interest, and escrow, if any | $1,322.47 |

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   | **Current escrow payment:** | $381.88 | **New escrow payment:** | $459.87 |
   |---|---|---|---|

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   | **Current interest rate:** | % | **New interest rate:** | % |
   |---|---|---|---|
   | **Current principal and interest payment:** | $ | **New principal and interest payment** | $ |

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   | **Current mortgage payment** | $ | **New mortgage payment** | $ |
   |---|---|---|---|

| Debtor 1 | Deborah | Jo | Moroz | | Case number (if known) 19-41889-BDL |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Nathan F. Smith                          Date  06/08/2023
     Signature

| Print: | Nathan F. | | Smith | Title | Attorney for Cenlar FSB servicer for Boeing Employees Credit Union |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company   Malcolm ♦ Cisneros, A Law Corporation

Address   2112 Business Center Drive
          Number           Street

          Irvine                              CA      92612
          City                                State   Zip

Contact phone  949.252.9400                   Email

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

# **PROOF OF SERVICE**

I hereby certify that on June 8, 2023, I have served a copy of the foregoing Notice and all attachments to the following by first class mail or electronically via the Court's ECF system:

**DEBTOR(S)**
Deborah Jo Moroz
10411 202nd Ave E
Bonney Lake, WA 98391

Anthony Jerome Moroz
10411 202nd Ave E
Bonney Lake, WA 98391

**DEBTOR'S ATTORNEY**
Ellen Ann Brown
Brown and Seelye
PO BOX 951090
South Jordan, UT 84095

**CHAPTER 13 TRUSTEE**
Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and this declaration was executed on the date indicated below at Irvine, California.

**Date:** June 8, 2023

*/s/ Diep Quach*
Diep Quach, Assistant Paralegal
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
(949) 252-9400
(949) 252-1032 (FAX)
dquach@mclaw.org



PO Box 77404
Ewing, NJ 08628

DEBORAH J MOROZ
ANTHONY J MOROZ
10411 202ND AVE E
BONNEY LAKE WA 98391-7927

# YOUR ESCROW ACCOUNT HAS A SHORTAGE

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. If there are not enough funds in your escrow account to do so, it is considered to have a shortage. Your escrow account has a shortage in the amount of **$572.18**.

## What are my options?

 **Take No Action and Pay Over Time**  OR  **Pay the Shortage in Full**

Your shortage of **$572.18** will automatically be divided evenly over your next **12** mortgage payments.

Starting **07/01/2023**, your new monthly mortgage payment amount will be **$1,322.47**.

You can choose to pay your full shortage amount of **$572.18**.

Starting **07/01/2023**, your new monthly mortgage payment amount will be **$1,274.79**.

**AUTOPAY HOMEOWNERS:** If you have elected for us to deduct your monthly payment from your checking or savings account, we will automatically update the payment amount for you.

**ONLINE BILL PAY HOMEOWNERS:** If you make your monthly payment through an online bill pay service, please do not forget to update your payment amount.

If you would like to pay the shortage now:

 **PAY ONLINE**   OR  **MAIL**

www.becu.org

▷ Select "Payment."

▷ Choose "Make an Additional Payment."

▷ Enter shortage amount of **$572.18** on the "Additional Escrow" line to make your escrow payment.

▷ Agree to Terms and Conditions and "Confirm Payment."

Mail a check with the coupon below.

---

DEBORAH J MOROZ
ANTHONY J MOROZ
10411 202ND AVE E
BONNEY LAKE WA 98391-7927



**LOAN NUMBER**

**SHORTAGE AMOUNT:**
**$572.18**

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

If you choose to pay your escrow shortage of **$572.18** in full, your new loan payment amount will be **$1,274.79**. Please include your loan number on your check. Make payable to **BECU** and send to:



PO Box 77404
Ewing, NJ 08628

# ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

| | |
|---|---|
| Property Address | 10411 202ND AVE E BONNEY LAKE, WA 98391 |
| Statement Date | 04/12/2023 |
| Loan Number | |
| New Mortgage Payment Amount | $1,322.47 |
| New Payment Effective Date | 07/01/2023 |

DEBORAH J MOROZ
ANTHONY J MOROZ
10411 202ND AVE E
BONNEY LAKE WA 98391-7927

## Overview

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. This Annual Escrow Account Disclosure Statement details our findings.

▷ **Results of Our Analysis:** You have a **SHORTAGE**. Your escrow account balance is expected to fall below the required minimum balance.

▷ **What This Means for You:** Your shortage will be spread over **12** months and included in your monthly payment.

▷ **Your Future Monthly Payment:** Your payments will **increase**, based on our escrow analysis projections for the next calendar year.

Your escrow account has a shortage in the amount of

**$572.18**

## Why do I have a shortage?

Below is a summary of your recent escrow activity. For more information about why your taxes or insurance premium adjusted, please contact your taxing authority or your insurance company.

For more details on how any insurance and/or tax adjustments will affect your future payments, please see the **Escrow Account Projections** section.

### Annual Escrow Review

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| Insurance | $836.00 | + | $1,105.00 |
| Hazard Ins | | | 1,105.00 |
| Taxes | $3,746.56 | + | $3,841.34 |
| County Tax | | | 3,841.34 |
| **Total Disbursements** | **$4,582.56** | **+** | **$4,946.34** |

### Monthly Payment Comparison

| Payment Itemization | Current 04/01/2023 | New 07/01/2023 |
|---|---|---|
| Principal and Interest | $862.60 | $862.60 |
| Escrow Deposit | $381.88 | $412.19 |
| Escrow Shortage | | $47.68 |
| **Total Payment** | **$1,244.48** | **$1,322.47** |

## How was my shortage determined?

A shortage occurs when your lowest projected escrow balance is less than your required minimum balance. This is determined by simply subtracting the Required Minimum Balance from the lowest **Projected Escrow Balance**, as highlighted in the **Escrow Account Projections** section.

Your required minimum balance is determined by federal law, state law and your loan contract and includes a payment cushion of up to two months of escrow payments to help cover any increase in taxes and/or insurance.

Your current payment cushion is **$824.39**.

| | |
|---|---|
| REQUIRED MINIMUM BALANCE Balance 10/2023 | $824.39 |

| | |
|---|---|
| **ESCROW SHORTAGE** | **$572.18** |

  

   
## Escrow Account History

This section is the actual activity that occurred from 04/2022 through 06/2022. It represents the period of time between the last analysis statement date and the last analysis effective date. Over this period, an additional $0.00 was deposited into your escrow account for interest on escrow.

| MONTH | Actual Escrow PAYMENTS | Actual Escrow DISBURSEMENTS | Actual Escrow DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE | $151.53 |
| APR 2022 | 437.71 | | | 589.24 |
| MAY 2022 | 437.71 | | | 1,026.95 |
| JUN 2022 | 437.71 | | | 1,464.66 |

**Escrow account activity from July 2022 to June 2023**
This section details your actual escrow account activity for the review period, which may help explain any changes to your payment.

| Date | DEPOSITS TO ESCROW Projected | Actual | PAYMENTS FROM ESCROW Projected | Actual | Description | ESCROW BALANCE Projected | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | $1,945.52 | $1,464.66 |
| JUL 2022 | 381.88 | 875.42 * | | 394.56 * | ESC REFUND | 2,327.40 | 1,945.52 |
| AUG 2022 | 381.88 | 381.88 | | 1,105.00 * | HAZARD INS | 2,709.28 | 1,222.40 |
| SEP 2022 | 381.88 | 381.88 | 836.00 | * | HAZARD INS | 2,255.16 | 1,604.28 |
| OCT 2022 | 381.88 | 381.88 | 1,873.28 | 1,873.29 * | R.E. TAX | 763.76 | 112.87 |
| NOV 2022 | 381.88 | 763.76 * | | | | 1,145.64 | 876.63 |
| DEC 2022 | 381.88 | 381.88 | | | | 1,527.52 | 1,258.51 |
| JAN 2023 | 381.88 | 381.88 | | | | 1,909.40 | 1,640.39 |
| FEB 2023 | 381.88 | 381.88 | | | | 2,291.28 | 2,022.27 |
| MAR 2023 | 381.88 | 381.88 | | | | 2,673.16 | 2,404.15 |
| APR 2023 (estimate) | 381.88 | 381.88 | 1,873.28 | 1,920.67 * | R.E. TAX | 1,181.76 | 865.36 |
| MAY 2023 (estimate) | 381.88 | 381.88 | | | | 1,563.64 | 1,247.24 |
| JUN 2023 (estimate) | 381.88 | 381.88 | | | | 1,945.52 | 1,629.12 |
| Totals | $4,582.56 | $5,457.98 | $4,582.56 | $5,293.52 | | | |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable.

The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $4,582.56. Under Federal Law, your lowest monthly balance should not have exceeded $763.76, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount. Under your loan contract and State law your lowest monthly balance should not have exceeded $763.76.

CONTINUED ON REVERSE SIDE

 

― CONTINUATION ―

## Escrow Account Projections

This section provides an estimate of all payments we anticipate receiving as well as what we expect to pay on your behalf in the next year. The lowest projected balance and required minimum balance are highlighted for reference.

**Escrow account projections from July 2023 to June 2024**

| DATE | PAYMENTS TO ESCROW | WHAT WE EXPECT TO PAY | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | $1,629.12 | $2,201.30 |
| JUL 2023 | 412.19 | | | 2,041.31 | 2,613.49 |
| AUG 2023 | 412.19 | | | 2,453.50 | 3,025.68 |
| SEP 2023 | 412.19 | 1,105.00 | HAZARD INS | 1,760.69 | 2,332.87 |
| OCT 2023 | 412.19 | 1,920.67 | R.E. TAX | 252.21 | 824.39 |
| NOV 2023 | 412.19 | | | 664.40 | 1,236.58 |
| DEC 2023 | 412.19 | | | 1,076.59 | 1,648.77 |
| JAN 2024 | 412.19 | | | 1,488.78 | 2,060.96 |
| FEB 2024 | 412.19 | | | 1,900.97 | 2,473.15 |
| MAR 2024 | 412.19 | | | 2,313.16 | 2,885.34 |
| APR 2024 | 412.19 | 1,920.67 | R.E. TAX | 804.68 | 1,376.86 |
| MAY 2024 | 412.19 | | | 1,216.87 | 1,789.05 |
| JUN 2024 | 412.19 | | | 1,629.06 | 2,201.24 |
| **TOTALS** | **$4,946.28** | **$4,946.34** | | | |

## New Loan Payment

Your new payment consists of:

| | | |
|---|---|---|
| | Principal & Interest (P & I) | $862.60 |
| | Escrow Deposit | $412.19 |
| | **Escrow Shortage Amount** | **$47.68** |
| **NEW LOAN PAYMENT** | Beginning on July 01, 2023 | **$1,322.47** |

## Member Service

 www.becu.org

 **Live Chat:** Find all your loan information online. Still have questions? Use Live Chat on the website to speak with one of our representatives.

 **Correspondence**
PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

We accept telecommunications relay service calls.

 **Telephone**
877-747-BECU

  

## Important Information

### AUTOPAY HOMEOWNERS
If you're enrolled in Autopay, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

### ADJUSTABLE RATE MORTGAGE CUSTOMERS
If your loan has an adjustable interest rate, your monthly principal and interest payment may change prior to your next Escrow Analysis.

### INSURANCE RENEWAL/CHANGING INSURANCE COMPANIES
Upload proof of insurance coverage at www.mycoverageinfo.com/Cen300. Your insurance documents can also be sent to us via the following methods: Email – Cen300@mycoverageinfo.com; Mail – PO Box 202028, Florence, SC 29502-2028; and Fax – 843-413-7133

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

# HOW TO READ YOUR
## ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

A quick guide to help you understand all your important escrow account information.







### Statement Identifying Information
Look here to find some basics, including your loan number, new mortgage payment amount and new payment effective date.

### Overview
Go here to see whether you have a shortage or surplus (including the amount) or sufficient funds. Learn how any surplus or shortage may be handled, and whether your future monthly payment will increase, decrease or stay the same.

### Summary
This quick summary of your recent escrow activity can help you learn more about why you may have a surplus or shortage. See the difference between what was expected to be paid for taxes and insurance versus what is now expected to be paid for the upcoming period, as well as how your new monthly payment compares to your existing payment.

### Required Minimum Balance
Your required minimum balance, also known as your payment cushion, covers any unanticipated tax or insurance increases. Your projected escrow balance is what we anticipate your lowest balance will be in the next 12 months. The difference between these two amounts will determine whether your account has a surplus or shortage.

### Escrow Account History Summary

Look here to see the details of what was actually paid into and from your account and how your actual account balance compares with what was previously projected.



### Escrow Account Projections

This is where you can find the estimate of all payments we expect to receive from you, and pay out for you, each month over the next year. The highlighted amounts are the lowest projected balance and the required minimum balance amounts used to determine whether you have a shortage or surplus.

The required minimum balance is the minimum acceptable amount in your escrow account over the next 12-month period.

### New Loan Payment

Go here to see a breakdown of your new loan payment amount, which includes your principal and interest, new escrow deposit and, if applicable, any monthly escrow shortage amount that needs to be paid.

### Customer Service

Here's how to get in touch with us for any questions or assistance. Please be sure to include your loan number on all correspondence.

# We're here to help!

 Find everything you need to know by going to www.becu.org then selecting your mortgage account.

To learn more about escrow and what it means to you as a homeowner, please watch this short **video**.

https://bit.ly/3rBEuoV

 For any additional questions, use **Live Chat** to connect directly with an agent.